```
                          United States Bankruptcy Court
                           Northern District of Indiana

In re:                                                          Case No. 13-30882-hcd
Dequan S Metcalf                                                Chapter 7
         Debtor                 CERTIFICATE OF NOTICE

District/off: 0755-3          User: mpawlowsk             Page 1 of 3              Date Rcvd: Apr 04, 2013
                              Form ID: b9a                Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2013.
db         +Dequan S Metcalf,    121 N. Dickson,   Michigan City, IN 46360-4803
tr         +J. Richard Ransel,    228 West High Street,   Elkhart, IN 46516-3130
smg        +Indiana Employment Security Division,    10 North Senate Street,   Indianapolis, IN 46204-2201
12306190   +Attorney David Thomas Rolland,    9650 Gordon Drive,   Highland, IN 46322-2909
12306191   +Attorney Deborah Lynn Chubb,    401 Washington St  PO Box 9575,   Michigan City, IN 46360-3338
12306192   +Cap One,   Po Box 30253,    Salt Lake City, UT 84130-0253
12306195   +David M. Blaskovich,    9223 Broadway, Suite A,   Merrillville, IN 46410-7017
12306198   +Gikas & Bratch, PC,    9120 Connecticut, Suite B,   Merrillville, IN 46410-7015
12306199   +Heritage Acceptance Corp.,    118 South 2nd St .,   Elkhart , IN 46516-3113
12306201   +LEXISNEXIS DOCUMENT SOLUTIONS INC . (Elite Recover,    55 MINUMENT CIR.  SUITE 1424,
             Indianapolis, IN 46204-5905
12306219   +LEXISNEXIS DOCUMENT SOLUTIONS INC. Elite Recovery,    55 MINUMENT CIR.  SUITE 1424,
             Indianapolis, IN 46204-5905
12306372   +LaPorte County Treasurer,    555 Michigan Avenue, Suite 102,   LaPorte IN 46350-3491
12306200   +Laporte County Child S,    300 W Washington St, #10,   Michigan City, IN 46360-3311
12306202   +Michiana Area Federal Credit Union,    1025 S Carroll Ave,   Michigan City , IN 46360-5660
12306203   +Mutual Hospital Services Inc.  Komyatte,    9650 Gordon Dr,   Highland, IN 46322-2909
12306204   +The Child Care Consortium, Inc. attn Deb,    3630 Birchwood Trail,   Michigan City, IN 46360-1107
12306205    The McKee Group I nc .,    1232 W State Road 2,   Michigan City , IN 46350-5469
12306223    The McKee Group Inc.,    1232 W State Road 2,   Michigan City, IN 46350-5469
12306207   +Wright & Lerch,    2001 Reed Rd. Suite 100,   Fort Wayne , IN 46815-7311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: bnd@etzlerlaw.com Apr 05 2013 04:38:58     Blake Nathaniel Dahl,
             Gordon A. Etzler & Associates, LLP,    251 Indiana Ave.,   Valparaiso, IN  46383
ust        +E-mail/Text: ustpregion10.so.ecf@usdoj.gov Apr 05 2013 05:15:16     Nancy J. Gargula,
             One Michiana Square Building,    Suite 555,   100 East Wayne Street,   South Bend, IN 46601-2394
12306193   +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Apr 05 2013 05:05:50
             Capital One Auto Finance,    3901 Dallas Pkwy,   Plano, TX 75093-7864
12306194   +EDI: RCSFNBMARIN.COM Apr 05 2013 02:18:00      Credit One Bank,   Po Box 98872,
             Las Vegas, NV 89193-8872
12306197   +EDI: AMINFOFP.COM Apr 05 2013 02:18:00      First Premier Bank,   3820 N Louise Ave,
             Sioux Falls, SD 57107-0145
12306373   +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Apr 05 2013 05:26:31
             Indiana Department of Revenue,    Bankruptcy Section - MS 108,   100 North Senate Avenue, N240,
             Indianapolis IN 46204-2231
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12306208*    +Attorney David Thomas Rolland,    9650 Gordon Drive,   Highland, IN 46322-2909
12306209*    +Attorney Deborah Lynn Chubb,    401 Washington St   PO Box 9575,   Michigan City, IN 46360-3338
12306210*    +Cap One,   Po Box 30253,    Salt Lake City, UT 84130-0253
12306211*    +Capital One Auto Finance,    3901 Dallas Pkwy,   Plano, TX 75093-7864
12306212*    +Credit One Bank,    Po Box 98872,   Las Vegas, NV 89193-8872
12306213*    +David M. Blaskovich,    9223 Broadway, Suite A,   Merrillville, IN 46410-7017
12306214*    +Elite Recovery Services Inc.,    255 GREAT ARROW AVE   2ND FL STE 15,   Buffalo, NY 14207-3024
12306215*    +First Premier Bank,    3820 N Louise Ave,   Sioux Falls, SD 57107-0145
12306216*    +Gikas & Bratch, PC,    9120 Connecticut, Suite B,   Merrillville, IN 46410-7015
12306217*    +Heritage Acceptance Corp.,    118 South 2nd St .,   Elkhart, IN 46516-3113
12306218*    +Laporte County Child S,    300 W Washington St, #10,   Michigan City, IN 46360-3311
12306220*    +Michiana Area Federal Credit Union,    1025 S Carroll Ave,   Michigan City, IN 46360-5660
12306221*    +Mutual Hospital Services Inc. (Komyatte,    9650 Gordon Dr,   Highland, IN 46322-2909
12306222*    +The Child Care Consortium, Inc. attn Deb,    3630 Birchwood Trail,   Michigan City, IN 46360-1107
12306224*    +The McKee Group, Inc.,    1900 Severs Rd.,   LaPorte, IN 46350-7855
12306225*    +Wright & Lerch,    2001 Reed Rd. Suite 100,   Fort Wayne, IN 46815-7311
12306196   ##+Elite Recovery Services Inc.,    255 GREAT ARROW AVE,    2ND FL STE 15,   Buffalo, NY 14207-3027
12306206   ##+The McKee Group, Inc .,    1900 Severs Rd.,   LaPorte, IN 46350-7855
                                                                                            TOTALS: 0, * 16, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0755-3          User: mpawlowsk              Page 2 of 3                    Date Rcvd: Apr 04, 2013
                              Form ID: b9a                 Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2013**                    **Signature:**     _Joseph Speetjens_

```
District/off: 0755-3          User: mpawlowsk              Page 3 of 3                   Date Rcvd: Apr 04, 2013
                              Form ID: b9a                 Total Noticed: 25

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2013 at the address(es) listed below:
              Blake Nathaniel Dahl    on behalf of Debtor Dequan S Metcalf bnd@etzlerlaw.com
              J. Richard Ransel    jransel@tglaw.us, IN26@ecfcbis.com;jmast@tglaw.us
              Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12) (INNB 03/13)      Case Number **13−30882−hcd**

# UNITED STATES BANKRUPTCY COURT
Northern District of Indiana

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/3/13. You may be a creditor.
**This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Debtor(s):<br>**Dequan S Metcalf**<br>121 N. Dickson<br>Michigan City, IN 46360 | Case Number: **13−30882−hcd**<br><br>Social−Security or Individual Taxpayer−ID (ITIN) No(s):<br>xxx−xx−8068 |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names): | Bankruptcy Trustee assigned by U.S. Trustee:<br>J. Richard Ransel<br>228 West High Street<br>Elkhart, IN 46516<br>Telephone number: 574−294−7473 |
| Attorney for Debtor(s):<br>Blake Nathaniel Dahl<br>Gordon A. Etzler & Associates, LLP<br>251 Indiana Ave.<br>Valparaiso, IN 46383<br>Telephone number: 219−531−7787 | |

### Meeting of Creditors

Date: **May 3, 2013**      Location: One Michiana Square, 5th Floor, 100 East Wayne Street, South Bend, IN 46601

Time: **09:00 AM**

*The Debtor(s) must attend the meeting to be questioned under oath.* **Professional dress, photo ID and proof of SSN are required.**
*Creditors are welcome to attend.*
Debtor(s) needing a no cost telephone translation service should contact the trustee for more information.

### Presumption of Abuse under 11 U.S.C. § 707(b)
The presumption of abuse does not arise.

### Deadlines
Filings must be *received* by the bankruptcy clerk's office by the following deadlines:

**Objection to Debtor's Discharge or Challenge to Dischargeability of Certain Debts: 7/2/13**
**Objection to Exemptions: Thirty (30) days after the conclusion of the meeting of creditors.**

Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>401 S. Michigan Street<br>South Bend, IN 46601<br><br>Telephone number: 574−968−2100<br>Hours: Monday − Friday 9:00 AM − 4:00 PM | **For the Court:**<br><br>Christopher M. DeToro<br>Clerk of the Bankruptcy Court<br>Date: 4/4/13 |
|---|---|

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights.