United States Bankruptcy Court
Northern District of Indiana

In re:                                                              Case No. 13-30882-hcd
Dequan S Metcalf                                                    Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0755-3          User: aadams          Page 1 of 2          Date Rcvd: Apr 05, 2013
                              Form ID: 573          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2013.
db           +Dequan S Metcalf,   121 N. Dickson,   Michigan City, IN 46360-4803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2013**                    Signature:        _Joseph Speetjens_

```
District/off: 0755-3          User: aadams              Page 2 of 2                  Date Rcvd: Apr 05, 2013
                              Form ID: 573              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2013 at the address(es) listed below:

          Atlas Acquisitions LLC (AS)    bk@atlasacq.com
          Blake Nathaniel Dahl    on behalf of Debtor Dequan S Metcalf bnd@etzlerlaw.com
          J. Richard Ransel    jransel@tglaw.us, IN26@ecfcbis.com;jmast@tglaw.us
          Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov

                                                                                                                                                    TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Indiana**
**South Bend Division**

In Re: Debtor(s) (name(s) and address)  )
Dequan S Metcalf  )
xxx−xx−8068  )
121 N. Dickson  ) Case Number: 13−30882−hcd
Michigan City, IN 46360  )
  )
  )
  )
  )
  ) Chapter: 7
  )
  )
  )
  )
  )
  )

# NOTICE

    On April 4, 2013, Atlas Acquisitions LLC filed a request designating mailing address for creditor Providian Financial Corp. pursuant to Fed. R. Bankr. P. 2002(g). Yet, that creditor has not been listed or named on the mailing matrix in this case and, as a result, there is no mailing address to update. The creditor may file a proof of claim that designates a mailing address and upon doing so it will be added to the creditor matrix pursuant to Fed. R. Bankr. P. 2002(g)(1)(A).

    DATED: April 5, 2013

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
401 South Michigan Street
South Bend, Indiana 46601

Document No. 7 − 6